**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| JESUS SANCHEZ ) | Chapter 13 |
| ) | |
| ) | Case No.: 12-38577 |
| Debtor. ) | |
| | |
| JESUS SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Defendant. ) | |

**ADVERSARY COMPLAINT TO DETERMINE THE NATURE AND EXTENT
OF LIEN AND STRIP DOWN UNSECURED PORTION OF MORTGAGE**

NOW COMES The Plaintiff, JESUS SANCHEZ, by and through his Attorneys SCHNEIDER & STONE, pursuant to 11 U.S.C. § 1322(b) for his **Adversary Complaint to Determine the Nature and Strip Down Unsecured Portion Of Mortgage**, against Defendant, BANK OF AMERICA, N.A., and states as follows:

1. This Court has jurisdiction over this matter. The Plaintiff, JESUS SANCHEZ, commenced this case with the filing of his Petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court, Northern District of Illinois-Eastern Division, on September 28, 2012 under case number 12-38577.

2. This is a core proceeding under Section 157(b)(2)(A), (I), (K), and (O) of Title 28 of the United States Code, and venue is proper by virtue of 28 U.S.C. 1409(a).

3. All schedules and statements have been filed.

4. The Plaintiff is an individual owning the investment property at 930 Camden Lane, Aurora, IL 60504, ("Property").

5. The Defendant, BANK OF AMERICA, N.A., is a lender and servicer of mortgages.

6. The fair market value of the Property at the time of filing of case number 12-38577 was $143,000. (See attached Appraisal).

7. Defendant holds a mortgage against the Property in the amount of $180,412.

8. Plaintiff seeks to determine the nature and extent of the mortgage lien of the Defendant and strip down the unsecured portion of that mortgage.

9. Defendant's mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim under 11 USC § 506(a). Defendant's mortgage would be an unsecured claim to the extent that the value of such creditor's interest is less than the amount of such allowed claim. *Id.*

10. Under § 506(a), the lender is secured only up to the value of the property at the time of filing. Any remaining portion of the creditor's claim is unsecured. *In Re Dinsmore,* 141 B.R. 499, 506 (Bkrtcy.W.D.Mich, 1992) citing *United Sav. Ass'n of Texas v. Timbers of Inwood Forest Associates, Ltd.,* 108 S.Ct. 626, 630-31

11. The amount of the mortgage is $180,412 which exceeds the value of the Property by $37,412.

WHEREFORE, Plaintiff, JESUS SANCHEZ, requests that this Court enter an order:

A. Declaring BANK OF AMERICA N.A.'s lien is secured in the amount of $143,000.

B. Declaring BANK OF AMERICA N.A.'s lien is unsecured in the amount of $37,412.

C. Any other relief that this Court deems just and proper.

Respectfully Submitted,
JESUS SANCHEZ

BY: /s/Ben Schneider

One of his Attorneys

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667