IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: JESUS SANCHEZ | ) Chapter 13 |
| | ) Bk 12B38577 |
| | ) |
| | ) |
| | ) |
| | ) |
| Bank of America N.A. | ) Adv. #12A01664 |
| | ) |
| v. | ) Judge Hon. |
| | ) Pamela S. Hollis |
| JESUS SANCHEZ | ) |
| - Debtor | ) |
| | ) |

**AGREED JUDGMENT ORDER IN FAVOR OF JESUS SANCHEZ AGAINST DEFENDANT BANK OF AMERICA, N.A. AS TO ADVERSARY COMPLAINT TO DETERMINE VALUE OF SECURITY AND RELEASE OF UNDERLYING LIEN OF DEBTOR'S PROPERTY**

This matter coming to be heard before this Court pursuant to adversary complaint filed by debtors to determine the extent of the secured claim of Bank of America, N.A. due notice having been given to all parties in interest:

IT IS HEREBY ORDERED:

1. Bank of America, N.A., currently the SERVICER of a mortgage lien on the subject property commonly known as 930 Camden Lane, Aurora, IL, Tax id #07-32-107-004 with the lien based upon a Mortgage dated February 15, 2006 and recorded March 24, 2006 as Document Number 006-054612 made by Jesus Sanchez to secure a note in the amount of $180,400.00 recorded in the Dupage County Recorders Office.

2. Based upon the fair market value of the subject property, the secured claim of Bank of America, N.A. is valued at $143,000.00.

3. Any claim filed with respect to this lien shall be paid pursuant to the debtor's chapter 13 plan.

4. The mortgage lien serviced Bank of America, N.A. shall be released upon the successful completion of the debtors' chapter 13 plan and issuance of a Chapter 13 discharge order.

5. In the event the underlying bankruptcy case #12B38577 is dismissed or converted to a Chapter 7 matter the mortgage shall remain unaffected.

Dated: FEB -6 2013

Entered: _____
Judge Pamela S. Hollis

Jyothi Martin
Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
312-346-9088
Pa 12-5199